UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

 Plaintiff,

v.

DEMITRIUS DENNIS SEUELL,

 Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:22-cr-00137

**ORDER**

 Defendant appeared before the Court on February 3, 2023, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. The undersigned judicial officer finds that defendant's waiver was knowingly and voluntarily entered

 Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

 DONE AND ORDERED on February 3, 2023.

         /s/ Phillip J. Green
        PHILLIP J. GREEN
        United States Magistrate Judge